# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**ARSENAL INTERMEDIATE HOLDINGS, LLC, *et al.*,** [1]<br><br>**Debtors.** | **Chapter 11 (Subchapter V)**<br><br>**Case No. 23-10097 (CTG)**<br>**(Jointly Administered)** |
| **WILLIAM A. HOMONY, in his capacity as Trustee for the Arsenal Liquidating Trust,**<br><br>**Plaintiff,**<br>**v.**<br><br>**NORMAN CHANDLER and JUSTIN LAW,**<br>**Defendants.** | **Adv. No. 25-50006-CTG**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>AMENDED SCHEDULING ORDER</u>**

Upon consideration of the Notice Regarding Proposed Scheduling Order, it is hereby ORDERED that:

1. All fact discovery in this matter shall be initiated so that it will be completed on or before November 30, 2026.

2. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before December 29, 2026. The supplemental disclosure to contradict or rebut evidence on the same matter

[1] The Debtors are Arsenal Intermediate Holdings, LLC (2513), Arsenal Insurance Management, LLC (3990) and Arsenal Health, LLC (5247).

identified by another party is due on or before February 5, 2027. Reply expert reports from the party with the initial burden of proof are due on or before February 16, 2027. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. All expert depositions shall be completed on or before March 30, 2027.

3. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before May 9, 2027. Answering briefs and accompanying affidavits shall be served and filed on or before June 11, 2027. Reply briefs and accompanying affidavits shall be served and filed on or before June 25, 2027.

4. Within 28 days of the disposition of any case dispositive motions filed by the deadline set in paragraph 4 above, or, if no such motions are filed, within 28 days of such deadline, the parties with the assistance of the Court, will request that the District Court set a trial date.

5. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.